C. YONG JEONG, ESQ. (SBN 255244)
    jeong@jeonglikens.com
AMY CHOE, ESQ. (SBN 299870)
    amy.choe@jeonglikens.com
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Plaintiff, JITRADE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br>TK CLOTHING d/b/a BELLISSIMA and BUBBLE B, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00068-AFM<br><br>**DECLARATION OF CHAN YONG JEONG IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

I, C. YONG JEONG, ESQ., declare:

1. I am an attorney licensed to practice law in the State of California, and to appear before the United States District Court for the Central District of California. I am an attorney at the law firm of Jeong & Likens, L.C. and counsel of record for Plaintiff, JITRADE, INC. ("Plaintiff").
2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.
3. This declaration is submitted in response to this Court's order, issued on April 7, 2017, to show cause why this action should not be dismissed for failure to effect service. (*See* Dkt 10).
4. My office has been diligently investigating this case in order to discover the true names and addresses of Defendants in order to effect service on them.
5. On April 17, 2017, my office filed a First Amended Complaint in this action, which includes what I believe to be the same entity included under the original complaint by a more accurate name. (Dkt. 11).  Attached as Exhibit A are true and correct copies of Fictitious Business Name Statements showing that Bellissima and Bubble B are fictitious business names of TK Clothing, Inc.
6. In light of the foregoing facts, Plaintiff respectfully requests that this Honorable Court give Plaintiff sufficient time to effect service of process of the First Amended Complaint.

Dated: April 17, 2017

Respectfully submitted,

/s/C. Yong Jeong                    __

C. Yong Jeong, Esq.
Attorneys for Plaintiff